1   BENJAMIN B. WAGNER SEALED FILED
    United States Attorney
2   HEATHER MARDEL JONES
    Assistant U.S. Attorney                    MAY 0 9 2012
3   4401 Federal Building
    2500 Tulare Street                   CLERK, U.S. DISTRICT
4   Fresno, California 93721             EASTERN DISTRICT OF CALIFORNIA
    Telephone: (559) 497-4000           BY _____
5   Facsimile: (559) 497-4099                      DEPUTY CLERK

6   Attorneys for the
    United States of America
7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10
    IN THE MATTER OF THE          )    S.W. NO. 5:12-sw-00026-JLT
11  SEIZURE OF:                   )
                                  )    **UNDER SEAL**
12                                )
                                  )    ORDER SEALING SEIZURE
13  ALL FUNDS MAINTAINED IN BANK OF)   WARRANT AND SEIZURE WARRANT
    THE SIERRA ACCOUNT NUMBER     )    APPLICATION AND AFFIDAVIT
14  1600833280 UP TO AND INCLUDING )
    THE SUM OF #110,419.28        )
15  _____

16

17

18

19
         The United States of America, having applied to this Court
20
    for an Order permitting it to file the seizure warrant and the
21
    seizure warrant application and affidavit in the above-entitled
22
    proceeding, together with its Application to Seal, Memorandum,
23
    and the accompanying Declaration of Heather Mardel Jones, under
24
    seal, and good cause appearing therefor,
25
         IT IS HEREBY ORDERED that the seizure warrant and the
26
    seizure warrant application and affidavit in the above-entitled
27
    proceeding, together with the Application To Seal of the United
28

                                    1

1    States Attorney and the accompanying Memorandum of Points and
2    Authorities and Declaration of Heather Mardel Jones, shall be
3    filed with the Court in camera, under seal, and shall not be
4    disclosed pending further order of this court.

6    DATED:  5/8/12                    _Jennifer C. Thurston_
                                       U/S.  MAGISTRATE JUDGE

                                     2