1 | BENJAMIN B. WAGNER
United States Attorney
2 | HEATHER MARDEL JONES
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000

**FILED**

JUL 2 0 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the
Seizure of:

ALL FUNDS MAINTAINED IN BANK OF
THE SIERRA ACCOUNT NUMBER
1600833280 UP TO AND INCLUDING
THE SUM OF $110,419.28

) 5:12-SW-0026
)
) ORDER TO UNSEAL SEIZURE
) WARRANT AFFIDAVIT AND
) SEIZURE WARRANT

The search warrant affidavit in this case having been sealed by Order of this Court on May 8, 2012, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the seizure warrant affidavit and seizure warrant be unsealed and made public record.

Dated: July 20, 2012

_____
UNITED STATES MAGISTRATE JUDGE

1